No. 358. CASSELMAN ET AL. *v.* IDAHO, *ante,* p. 900;
No. 44, Misc. DALTON *v.* HUNTER, WARDEN, *ante,* p. 906;
No. 228, Misc. SHOTKIN *v.* PERKINS ET AL., and
No. 240, Misc. SHOTKIN *v.* PERKINS, *ante,* p. 907; and

No. 254, Misc.  SCHECTMAN *v.* FOSTER, WARDEN, *ante,* p. 908.  The petitions for rehearing in these cases are severally denied.